```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    AMADO N. HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0026 FCD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING** |
| v. | |
| AMADO N. HERNANDEZ, | Date:  June 13, 2011 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Amado N. Hernandez, that the status conference scheduled for June 13, 2011, may be continued to August 8, 2011, at 10:00 a.m.

The government has promised to provide additional discovery but it has been delayed by absence of its agent. Additional time is needed to review that discovery and to perform other tasks relating to preparation and evaluation of the case.  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

1  Act may be excluded from the date of this order through August 8, 2011,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

Dated:  June 10, 2011          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for Amado Hernandez

                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  June 10, 2011          /s/ T. Zindel for Russell Carlberg
                               RUSSELL CARLBERG
                               Assistant U.S. Attorney

**O R D E R**

   The status conference is continued to August 8, 2011, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 8, 2011.

   IT IS SO ORDERED.

Dated:  June 10, 2011

                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

Stipulation and Order                    -2-