DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar# 158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AMADO N. HERNANDEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-0026 FCD |
| Plaintiff, ) | **STIPULATION AND ORDER FOR PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION** |
| v. ) | |
| AMADO N. HERNANDEZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Russell Carlberg, Assistant United States Attorney, and Timothy Zindel, Assistant Federal Defender, attorney for Mr. Hernandez, that the Court should approve the following protective order governing forensic examination by the defense of computer data in this case.

In order to advise defendant adequately and to explore possible defenses, the defense wishes to perform a forensic evaluation by a knowledgeable expert of the computer hard drives that the government alleges contain images of child pornography.  The parties have agreed

that the attached protective order should govern the defense examination of the computer media and request that the Court approve the proposed order.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  July 29, 2011   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for AMADO N. HERNANDEZ

BENJAMIN B. WAGNER
United States Attorney

Dated:  July 29, 2011   /s/ T. Zindel for R.C.
RUSSELL CARLBERG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The protective order is hereby adopted.

IT IS SO ORDERED.

Dated: August 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2