DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMADO N. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>AMADO N. HERNANDEZ,<br><br>           Defendant.<br>_____ | Case No. 2:11-cr-0026 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING**<br><br>Date:  August 8, 2011<br>Time:  10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Amado N. Hernandez, that the status conference scheduled for August 8, 2011, may be continued to October 17, 2011, at 10:00 a.m.

     A protective order was entered last week to allow the defense to review computer equipment seized in the case.  That review is not expected to be completed for at least 60 days but must be done before the case can be further scheduled or resolved.  Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

1  time under the Speedy Trial Act may be excluded from the date of this
2  order through October 17, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
3  (B)(iv).

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated:   August 3, 2011          /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for Amado Hernandez

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated:   August 3, 2011          /s/ T. Zindel for Russell Carlberg
                                                RUSSELL CARLBERG
                                                Assistant U.S. Attorney

## O R D E R

The status conference is continued to October 17, 2011, at 10:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 17, 2011.

IT IS SO ORDERED.

Dated:   August 3, 2011                                              
                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE