DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMADO N. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-0026 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| AMADO N. HERNANDEZ, ) | |
| ) | Date: November 17, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Amado N. Hernandez, that the status conference scheduled for November 18, 2011, may be continued to December 16, 2011, at 9:00 a.m.

Defense counsel needs additional time to review the results of forensic testing done on materials seized from Mr. Hernandez and others. Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant

in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through December 16, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated:  November 17, 2011      /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for AMADO HERNANDEZ

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated:  November 17, 2011      /s/ T. Zindel for Russell Carlberg
                                            RUSSELL CARLBERG
                                            Assistant U.S. Attorney

## O R D E R

The status conference is continued to December 16, 2011, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through December 16, 2011.

IT IS SO ORDERED.

Dated:  November 22, 2011

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge