1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

6 | Attorney for Defendant
AMADO N. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-0026 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| AMADO N. HERNANDEZ, ) | |
| ) | Date:  January 27, 2012 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Amado N. Hernandez, that the status conference scheduled for January 27, 2012, may be continued to March 2, 2012, at 9:00 a.m.

   Defense counsel seeks additional time to review and consider results of forensic testing done on materials seized from Mr. Hernandez and others.  Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the

defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through March 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: January 25, 2012        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for AMADO HERNANDEZ

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: January 25, 2012        /s/ T. Zindel for R. Carlberg
                                      RUSSELL CARLBERG
                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued to March 2, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 2, 2012.

IT IS SO ORDERED.

Dated: January 25, 2012

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge