1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   AMADO N. HERNANDEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14 UNITED STATES OF AMERICA,      ) Case No. 2:11-CR-0026 GEB
                                  )
15           Plaintiff,           ) **STIPULATION AND ORDER**
                                  ) **CONTINUING STATUS CONFERENCE**
16     v.                         ) **AND EXCLUDING TIME**
                                  )
17 AMADO N. HERNANDEZ,            )
                                  ) Date:  March 30, 2012
18           Defendant.           ) Time:  9:00 a.m.
                                  ) Judge: Garland E. Burrell, Jr.
19 _____)

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22 of America, and defendant, Amado N. Hernandez, that the status conference

23 scheduled for March 30, 2012, may be continued to May 18, 2012, at 9:00

24 a.m.

25      Defense counsel is awaiting a report of forensic testing done on

26 materials seized from Mr. Hernandez and others and also seeks time to

27 share those results with government counsel, with an eye to resolving the

28 case.  Accordingly, the parties agree that the ends of justice to be

1 served by a continuance outweigh the best interests of the public and the
2 defendant in a speedy trial and that time under the Speedy Trial Act may
3 be excluded from the date of this order through May 18, 2012, pursuant to
4 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   March 29, 2012     /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for AMADO HERNANDEZ

                            BENJAMIN B. WAGNER
                            United States Attorney

Dated:   March 29, 2012     /s/ T. Zindel for R. Carlberg
                            RUSSELL CARLBERG
                            Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 18, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 18, 2012.

IT IS SO ORDERED.

Dated:   March 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order          -2-