1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   AMADO N. HERNANDEZ
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14 UNITED STATES OF AMERICA,        ) Case No. 2:11-CR-0026 GEB
                                    )
15         Plaintiff,                ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
16    v.                             ) **AND EXCLUDING TIME**
                                    )
17 AMADO N. HERNANDEZ,              )
                                    ) Date:  June 29, 2012
18         Defendant.                ) Time:  9:00 a.m.
                                    ) Judge: Garland E. Burrell, Jr.
19 _____ )

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22 of America, and defendant, Amado N. Hernandez, that the status conference

23 scheduled for June 29, 2012, may be continued to July 20, 2012, at 9:00

24 a.m.

25      Counsel for both parties recently met to discuss possible

26 resolutions. Two proposals remain under discussion by the parties but

27 additional time is needed to resolve the case. Accordingly, the parties

28 agree that the ends of justice to be served by a continuance outweigh the

1 best interests of the public and the defendant in a speedy trial and that
2 time under the Speedy Trial Act may be excluded from the date of this
3 order through July 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4 (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 28, 2012        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for AMADO HERNANDEZ

BENJAMIN B. WAGNER
United States Attorney

Dated:  June 28, 2012        /s/ T. Zindel for R. Carlberg
                             RUSSELL CARLBERG
                             Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 20, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 20, 2012.

IT IS SO ORDERED.

Dated:  June 28, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                -2-