DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMADO N. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-0026 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| AMADO N. HERNANDEZ, | ) |
| | ) Date:  July 20, 2012 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Amado N. Hernandez, that the status conference scheduled for July 20, 2012, may be continued to September 7, 2012, at 9:00 a.m.

A resolution proposed by the defense remains under discussion by the government but additional time is needed to review the proposal and consider possible pre-trial resolution of the case.  Accordingly, the parties agree that the ends of justice to be served by a continuance

outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through September 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  July 18, 2012               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for AMADO HERNANDEZ

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  July 18, 2012               /s/ T. Zindel for R. Carlberg
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to September 7, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 7, 2012.

IT IS SO ORDERED.

Dated: July 18, 2012

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```

Stipulation and Order                -2-