BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00026-GEB |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| AMADO N. HERNANDEZ, | |
| Defendant. | |

WHEREAS, on or about September 19, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Amado N. Hernandez forfeiting to the United States the following property:

      a.    One un-branded CPU and computer tower beige in color, which does not contain a serial number;

      b.    Western Digital Model WD1200 hard drive, Serial Number WCALA2380517; and

      c.    One laptop computer, a Compaq CQ60-615 notebook Computer, Serial Number 2CE9495NSJ.

AND WHEREAS, beginning on September 22, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all

third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253 to be disposed of according to law, including all right, title, and interest of Amado N. Hernandez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated:  March 12, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge